Tighe E. Woods, Housing Expediter, Appellee, v. Catherine Schultz, Appellant.

Gen. No. 44,874.

Heard in the second division, first district, this court at the October term, 1949. Maximilian J. St. George, for appellant; Paul Broccolo, of counsel; Ed Dupree, General Counsel, A. M. Edwards, Jr., Acting Assistant General Counsel and Francis X. Riley, Special Litigation Attorney, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed May 23, 1950; released for publication June 6, 1950.